IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      vs.                        :          CRIMINAL NO. 12-112-01

PATRICIA MCGILL
                                      :

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

**AND NOW**, this **8th** day of **February, 2016,** came the attorney for the Government and the defendant being present with counsel, and

[]   The Court having granted the defendant's motion for judgment of acquittal as to:

[]   A jury has been waived, and the Court has found the defendant not guilty as to:

[**X**]   The jury has returned its verdict, finding the defendant not guilty as to: **1,2,5,6,7,8,10,11,12 & 13**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                            **BY THE COURT:**

                                           s/ Eduardo C. Robreno
                                          **Eduardo C. Robreno**

cc:   U.S. Marshal
      Probation Office
      L. Wescott, Esq.
      F. Labor, AUSA
      M. Woelfle, AUSA

| 2/9/16 | RV |
|--------|-----|
| Date | By Whom |